IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DALVIN DEAN CANDLER,
ADC 91778                                                                                          PLAINTIFF

v.                                         4:10CV01555-BRW-JJV

POPE COUNTY SHERIFF'S
DEPARTMENT, *et al.,*                                                                    DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed.[1] After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted with the following changes.

In balancing the factors for injunctive relief, I find that Plaintiff's allegations raise what could be a recurring issue. Plaintiff states that he has an ongoing case in the Pope County Circuit Court and will have to make appearances until the case is resolved.[2] Considering all the factors, however, I conclude that preliminary injunctive relief is not appropriate.

IT IS THEREFORE ORDERED that:

1.     Plaintiff's Complaint for Injunction (Doc. No. 3), which this Court construes as a Motion for Preliminary Injunctive Relief, is DENIED.

IT IS SO ORDERED this 26th day of April, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the Proposed Findings and Recommended Disposition (Doc. No. 7) was mailed to Plaintiff, but it was returned as undeliverable. (Doc. No. 10.)

[2] Doc. No. 3.