# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DALVIN DEAN CANDLER,
ADC # 91778                                                                                           PLAINTIFF

v.                              CASE NO. 4:10-cv-01555-BRW-JJV

POPE COUNTY SHERIFF'S DEPARTMENT;
POPE COUNTY DETENTION CENTER;
AARON DUVALL, Sheriff, Pope County;
and JAMES LINKER, Supervisor, Pope
County Detention Center                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.  Defendants Pope County Sheriff's Department and Pope County Detention Center are DISMISSED without prejudice.

2.  Service is appropriate for Defendants Aaron Duvall and James Linker.

3.  The Clerk of the Court shall prepare a summons for Defendants Duvall and Linker.

4.  The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2) and summons on the Defendants without prepayment of fees and costs or security therefore.

DATED this 6th day of July, 2011.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE