IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DALVIN DEAN CANDLER,
ADC # 91778                                                                                                           PLAINTIFF

v.                                        4:10-cv-01555-BRW-JJV

AARON DUVALL, Sheriff, Pope County;
and JAMES LINKER, Supervisor, Pope
County Detention Center                                                                                      DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice for failure to comply with Local Rule 5.5(c)(2).

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 11th day of August, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE