# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

DALVIN DEAN CANDLER,
ADC # 91778                                                                    PLAINTIFF

v.                                       4:10-cv-01555-BRW-JJV

AARON DUVALL, Sheriff, Pope County;
and JAMES LINKER, Supervisor, Pope
County Detention Center                                                    DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED without prejudice.  The Court certifies, pursuant to 28

U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying

Order would not be taken in good faith.

DATED this 11th day of August, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE